No. 92–5558. LAM KWONG-WAH v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 92–5561. RENGIFO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92–5567. HAINES v. DEFENSE LOGISTICS AGENCY. C. A. Fed. Cir. Certiorari denied.

No. 92–5571. BLANKENSHIP v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–5574. SCOTT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5578. GARMAN v. ZULKE ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–5587. SEWELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–5607. ELLIOTT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5608. HALL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–5609. AMOROS v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF OFFENDER REHABILITATION. C. A. 11th Cir. Certiorari denied.

No. 92–5610. VILLEGAS-MOLINA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–5611. THIELMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5614. LEVINE ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–5620. BOURGEOIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5623. OSBURN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.